# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 3, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138031(59)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GEORGE EVAN FEEZEL,
      Defendant-Appellant.

_____

SC: 138031
COA: 276959
Washtenaw CC: 05-001254-FH

      On order of the Chief Justice, the motion by defendant-appellant for extension of the time for filing his brief is considered and, it appearing the brief was filed July 23, 2009, the time for filing is extended to that date.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 3, 2009

_____
Clerk